IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY B. ROBINSON,

    Petitioner,

v.                                                                       CASE NO. 4:07-cv-0001-MP-WCS

JAMES McDONOUGH,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 20, Report and Recommendation of the Magistrate Judge, recommending that Respondent's motion to dismiss, Docs. 17 and 18, be denied, and that Respondent be required to file an answer. The Magistrate Judge filed the Report and Recommendation on Monday, November 19, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

In its motion to dismiss, Respondent argues that Petitioner failed to file the instant petition within the one-year limitations period under 28 U.S.C. § 2244(d)(1). Relying on Eleventh Circuit precedent decided after the motion to dismiss was filed, the Magistrate concludes that the revocation on September 20, 2005, of Petitioner's term of community control is when the one-year period began, rendering the petition timely filed. After reviewing the cited case law, the Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2. Respondent's Motion to Dismiss, Docs. 17 and 18, are denied, and Respondent shall file an answer within 30 days of the entry of this order.

**DONE AND ORDERED** this  *19th* day of December, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge