IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TONY BERNARD ROBINSON,

       Petitioner,

v.                                      CASE NO. 4:07-cv-00001-MP-WCS

WALTER A. McNEIL,

       Respondent.

_____/

**O R D E R**

       This matter is before the Court on Doc. 27, Second Report and Recommendation of the Magistrate Judge, which recommends that Petitioner Robinson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 9, be denied, and that this case be dismissed with prejudice. The Magistrate Judge filed the Report and Recommendation on Monday, April 14, 2008. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections have been filed.

       Petitioner Robinson was convicted of aggravated stalking and sentenced to five years incarceration. After being sentenced, Petitioner did not file a direct appeal, and he later sought post-conviction relief pursuant to Fla. R. Crim. P. 3.850. The state court rejected each of Petitioner's claims, and Petitioner filed the instant petition, raising the same issues presented in his Rule 3.850 motion. Specifically, Petitioner alleges that trial counsel was ineffective by demanding that Petitioner accept a suspended sentence plea rather than go to trial, and by failing to present evidence of Petitioner's mental health condition.

In a thorough report, the Magistrate finds that the instant petition should be denied because the claims in the petition are without merit, and that the state court's decision is not contrary to, nor an unreasonable application of, clearly established federal law.  The Court agrees with the Magistrate that Petitioner's claims are not supported by the record, and that the state court's ruling is entitled to deference and does not violate § 2254(d).  Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     Petitioner Robinson's petition for writ of habeas corpus, Doc. 9, is DENIED WITH PREJUDICE.

**DONE AND ORDERED** this   *16th* day of May, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge